■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK RODRIGUEZ, Appellant. [664 NYS2d 916] —Judgment, Supreme Court, Bronx County (Robert Strauss, J.), rendered January 2, 1996, convicting defendant, upon his plea of guilty, of attempted burglary in the second degree and criminal sale of a controlled substance in the third degree, and sentencing him, as a persistent violent felony offender, to concurrent terms of 6 years to life, unanimously affirmed.

The totality of the circumstances reveals that defendant received effective assistance of counsel (*see, People v Baldi*, 54 NY2d 137). In light of all the circumstances, there is no merit to defendant's claim that counsel's failure to pursue a *Huntley* hearing constituted ineffective assistance of counsel (*see, People v Ford*, 86 NY2d 397, 404).

We perceive no abuse of sentencing discretion. Concur—Sullivan, J. P., Rosenberger, Wallach, Nardelli and Colabella, JJ.